# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Sandra Fierro, et al.,

**DEFENDANTS**
City of Chicago; Frank Mack, star 19804; Sean Dailey, star 10890; Vincent Fico, star 6284; Michael Napoli, star 9560

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602   312-795-9595

Attorneys (If Known)

## II. BASIS OF JURISDICTION
☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT
☒ 440 Other Civil Rights

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Civil Rights actions brought pursuant to 28 U.S.C 1983, and the 4th and 14th Amendments to the United States Constitution.

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: ☒ Yes ☐ No

## IX. This case
☒ is not a refiling of a previously dismissed action.

DATE: 1-25-2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ Louis J. Meyer

**08 C 562**

**JUDGE DARRAH**
**MAGISTRATE JUDGE MASON**

**FILED**
**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT