**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SANDRA FIERRO, et al, | ) | |
| | ) | 08 C 562 |
| Plaintiffs, | ) | |
| v. | ) | Honorable Judge Darrah |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | Jury Demand |

**DEFENDANT CITY OF CHICAGO'S AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant City of Chicago ("Defendant"), by one of its attorneys, Anne K. Preston,

Assistant Corporation Counsel, respectfully requests that this Honorable Court extend the time,

up to and including April 18, 2008, to answer or otherwise plead to Plaintiff's Complaint. In

support of this motion, Defendant states as follows:

1.    Plaintiffs filed their Complaint on January 25, 2008. The Summons and

Complaint were served upon Defendant City of Chicago on February 15, 2008.

2.    The undersigned filed an appearance for Defendant on March 11, 2008.

3.    Defendant City of Chicago's Answer or other responsive pleadings are due on or

about March 6, 2008.

4.    Defendant's attorneys have not been able to review materials pertinent to the

allegations in this case.

1

5.      This motion is Defendant's first request for an extension of time to answer or

otherwise plead.  Such a request will not unduly delay the resolution of the

disputed issues.

6.      Plaintiff's counsel has no objection to Defendant's request for an extension of

time to answer or otherwise plead.

**WHEREFORE**, Defendant City of Chicago, respectfully requests that this Honorable

Court grant an extension, up to and including, April 18, 2008 to answer or otherwise plead to

Plaintiff's Complaint.

Respectfully submitted,


 /s/ Anne K. Preston_____
BY:    ANNE K. PRESTON
       Assistant Corporation Counsel


30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-4045
Atty. No. 6287125

## <u>CERTIFICATE OF SERVICE</u>

I, Anne K. Preston, hereby certify that I have caused a true and correct copy of the above

and foregoing **NOTICE OF MOTION** and **<u>DEFENDANT CITY OF CHICAGO'S AGREED</u>**

**<u>MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO</u>**

**<u>PLAINTIFF'S COMPLAINT,</u>** to be sent via e-filing to the persons named in the foregoing

Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on March 12, 2008,

in accordance with the rules on electronic filing of documents.

            /s/ Anne K. Preston
            ANNE K. PRESTON
            Assistant Corporation Counsel