IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA FIERRO, et al, | ) | |
| | ) | 08 C 562 |
| Plaintiffs, | ) | |
| v. | ) | Honorable Judge Darrah |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Judge Mason |
| | ) | |
| Defendants. | ) | Jury Demand |

## NOTICE OF MOTION

To:  Lawrence V. Jackowiak
     Louis Meyer
     Law Offices of Lawrence V. Jackowiak
     20 N. Clark St., Suite 1700
     Chicago, IL  60602

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Darrah, or before such other Judge sitting in his place or stead, on the 20th day of March, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard to present the attached Motion.

**DATED** at Chicago, Illinois this 12th day of March, 2008.

                                        Respectfully submitted,

                                        /s/ Anne K. Preston
                                        ANNE K. PRESTON
30 N. LaSalle Street, Suite 1400        Assistant Corporation Counsel
Chicago, Illinois  60602
(312) 742-4045
Atty No. 06287125