# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 562 | **DATE** | 3/18/08 |
| **CASE TITLE** | Fierro, et al. v. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT:**

Defendant City of Chicago's motion for an extension of time [15, 16] is granted. Defendant has until 4/18/08 to answer or otherwise plead to Plaintiff's complaint.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|