UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                         Case:   08 C 562

    Sandra Fierro, et al.,                              Honorable Judge Darrah

        v.                                                  Magistrate Judge Mason

    City of Chicago, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Frank Mack, Sean Dailey, Vincent Fico, and Michael Napoli, Defendants.

| | |
|---|---|
| SIGNATURE  /s/ Anne K. Preston | Assistant Corporation Counsel |
| FIRM  City of Chicago, Department of Law | |
| STREET ADDRESS  30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP  Chicago, IL  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6287125 | TELEPHONE NUMBER  (312) 742-4045 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES X    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES X   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |